**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00058-CV**
_____

**LENETTE FOSTER, Appellant**

**V.**

**NEWTON INDEPENDENT SCHOOL DISTRICT, Appellee**

_____

**On Appeal from the 1st District Court**
**Newton County, Texas**
**Trial Cause No. TX19-03942**

_____

**MEMORANDUM OPINION**

On May 19, 2025, the Court notified the parties that Lenette Foster filed her notice of appeal outside the time for which an extension of time may be granted for perfecting an appeal. We warned the parties that the appeal would be dismissed for lack of jurisdiction unless grounds were shown for continuing the appeal. Foster responded to the notice, but she failed to establish that she invoked the jurisdiction of this Court in a timely manner.

1

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1(b). No motion for extension of time was timely filed. *See id*. 26.3. Accordingly, we dismiss the appeal for lack of jurisdiction. *See id*. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 18, 2025
Opinion Delivered June 19, 2025

Before Johnson, Wright and Chambers, JJ.